UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.    1:20-cr-00173-SEB-KMB |
| | ) | |
| JESSE MICKLES, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On March 18, 2026, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on February 25, 2026.  Defendant Mickles appeared in person with his appointed FCD counsel William Dazey.  The government appeared by Michelle Brady, Assistant United States Attorney.  U.S. Parole and Probation appeared by Officer Justin Ottino.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant Mickles of his rights and ensured he had a copy of the Petition.  Defendant Mickles orally waived his right to a preliminary hearing.

2.      After being placed under oath, Defendant Mickles admitted Violation Nos. 1, 2, and 3 as set forth in the Petition.  [Dkt. 90.]

3.      The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |

As previously reported to the Court, Mr. Mickles tested positive on the following dates: July 24, 2024, for cannabinoids; March 21, April 24, May 28, June 30, and October 22, 2025, for cannabinoids.

Mr. Mickles also tested positive on December 3, 2025, January 8, 2026, and February 18, 2026, for cannabinoids.

| 2 | **"You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer."** |

As previously reported to the Court, Mr. Mickles was pulled over by the Indiana State Police in Fort Wayne, Indiana, on April 18, 2025. He did not have prior permission to leave the federal judicial district.

On February 18, 2026, a report was received from the Toledo Police Department (Ohio), where officers from the Toledo Police Department had contact with Mr. Mickles at a residence in Toledo, Ohio, on February 13, 2026. He did not have prior permission to leave the federal judicial district.

| 3 | **"You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege."** |

On February 13, 2026, Mr. Mickles had law enforcement contact with officers from the Toledo Police Department, in Toledo, Ohio. When confronted about this, he denied having contact with law enforcement, despite a report stating otherwise. When instructed that body camera footage would be requested, he continued to deny indicating he had not had contact with law enforcement. On February 24, 2026, body camera footage was received from the Toledo Police Department, which clearly depicts Mr. Mickles being the person they had contact with on February 13, 2026.

4. The Court finds that:

    (a)    The highest grade of violation is a Grade C violation.

    (b)    Defendant's criminal history category is IV.

(c)     The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

5.     The parties jointly recommended a sentence of 8 months incarceration with no supervised release to follow.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in the Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of 8 months incarceration with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to this Report and Recommendation.

Dated:  19 MAR 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system